UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

# Exhibit 3

A Summary Flowchart of the <u>Exhibit 1</u> Compilation of Land Records in the Chain of Title of the Subject Property owned by Plaintiffs Carlos Lopez, Jr. and Colleen A. Lopez

# Lopez Property (1878-1931)

- **N/2 NE** Florida patent to **J.C. Williams** in 06/1878 by Deed No. **8551**
  - **S/2 NW NE** from Williams to **C.A. Harvey** in 2/1906 by WD **53-188**
    "Less the riteaway [sic] of the... Railroad across the south-west corner."
    - Harvey Subdivides in 3/1906 by **Plat 3-45**
      - **Lots 17-19** from Harvey to **T.F. McCall** in 1913 by three (3) Tax Deeds <u>and</u> QCD **2-363**
        - McCall to **C.B. Ware** in 8/1914 by WD **41-381**
          - Ware to **Fain Investment Co.** in 10/1916 by QCD **5-211**
            - **Lots 17-19** from Fain Invest. to **Pinellas Novelty** in 2/1921 by WD **69-186**
      - Part of **Lot 20** "lying East of the Railroad" from C.A. Harvey to **E.M. Wickman** in 2/1907 by WD **56-264**
        - Part of **Lot 20** "lying east of the railroad." from Wickman to **W.B. Sellers** in 2/1917 by WD **52-263**
      - Part of **lots 21-24** "to East of Railroad Right of way" from C.A. Harvey to **W.C. Henry** in 3/1906 by WD **55-64**
        - GAP IN TITLE (Lot 21)
          - Part of **lot 21** "east of... Railroad tract" from **E.B. Drumright** to **C.R. Carter** in 10/1912 by **13-230**
            - Part of **lot 21** "east of... railroad tract" from Carter to **L.A. Vaughn** in 11/1912 by WD **13-457**
        - GAP IN TITLE (Lot 22)
          - Undiv. 1/2 int. to **Lot 22 + Lot 21** "east of the... Railroad" from **L.A. Vaughn** to **E.D. Vaughn** in 12/1912 by WD **13-450**
            - Undiv. 1/2 int. to **Lot 22 + Lot 21** from E.D. Vaughn **to W.B. Sellers** in 1/1917 by Deed **52-192**
        - GAP IN TITLE (Lots 23 & 24)
          - **Lots 23 & 24** from **R.F. McMullen** to **J.A. Larson** in 7/1910 by WD **13-79**
            - GAP IN TITLE
              - **T.J. Jackson** to **C.R. Carter** in 6/1921 by QCD **106-70**
                - **Lots 23 & 24** C.R. Carter to **Pinellas Novelty Works** in 6/1921 by WD **87-278**
    - Part of **lots 20-22** "lying east of the... Railway" from Sellers to **McFarlane** in 12/1920 by WD **93-300**
      - Parts of **lots 20-22** "lying east of the... Railway" from McFarlane to **Pinellas Novelty Works** in 2/1921 by WD **103-306**

- **Lots 17-24** from Pinellas Novelty to **Candler Lumber** in 3/1923 by Bankruptcy Deed **142-285**
- **Lots 17-24** "excepting railroad right of way." from Candler Lumber to **Willson-Irwin-Chase Co.** in 4/1923 by WD **150-247**
- **Lots 17-24** "except the right of way of the... R.R." from Willson-Irwin-Chase to **Willson-Chase Co.** in 7/1931 by WD **655-329**

# Lopez Property (1931-2004)

- **Lots 17-24** "except the right of way of the . . .R.R." from Willson-Irwin-Chase to **Willson-Chase Co.** in 7/1931 by WD **655-329**
  - **Lots 17-24** "except the right of way of the . . . R.R." from Willson-Chase to **First Nat'l Bank** in 10/1933 by Fee Simple Deed **691-129**
    - **Lots 17-23** "except the right of way of the . . . R.R." from First Nat'l to **C.F. Walker** in 2/1935 by Fee Simple Deed **714-171**
      - **Lots 17-23** "East of the Railroad" from C.F. Walker to **G. Blair** in 11/1935 by WD **730-547**
        - **Lots 17-23** "East of the Railroad" from G. Blair to **Dew Furniture Co.** in 1/1936 by WD **736-163**
    - **Lot 24** from First Nat'l to **E.B. Lewis** in 3/1936 by Fee Simple Deed **738-183**
      - **Lot 24** from E.B. Lewis to **Dew Furniture Co.** in 10/1949 by WD **1237-469**
  - **Lot 24** & part of Lots 17-23 "lying East of the . . . Rail Road right-of-way" from Dew Furniture to **L.W. Baynard** in 10/1964 by WD **2029-429**
    - **Lot 24** & part of Lots 17-23 "lying East of the . . . Railroad right-of-way" from L.W. Baynard to **B.B. Campbell** in 6/1973 by WD **4041-909**
      - **Lot 24** & part of Lots 17-23 "... lying East of the... Railroad right of way..." from B.B. Campbell to **Burlington Enterprises, Inc.** in 5/1986 by WD **6236-2323**
        - **Lot 24** & part of Lots 17-23 "lying Est [sic] of the . . . Railroad right of way" from Burlington Enterprises to **B.B. Campbell** in 5/1986 by Court Order **8822-235**
          - **Lot 24** & part of Lots 17-23 "lying East of the . . . Railroad right of way" from B.B. Campbell to **Rohrer Prosthetics & Orthotics, Inc.** in 5/1986 by WD **10771-1627**
            - Part of Lots 17-23 "lying East of the . . . Railroad right-of-way" & Lot **24** from Rohrer Prosthetics & Orthotics to **Carlos Lopez, Jr.** in 3/2004 by WD **13433-1136**