# In the United States Court of Federal Claims

Nos. 20-34L, 20-48L, & 20-159L
(Filed: February 1, 2024)

|  |  |
|---|---|
| **COLLECTIVE EDGE LLC**, | ) |
| *Plaintiff,* | ) |
| **FERG'S SPORTS BAR & GRILL, INC.**, | ) |
| *Consolidated Plaintiff,* | ) |
| **CARLOS LOPEZ, JR. & COLLEEN A. LOPEZ**, | ) |
| *Consolidated Plaintiffs,* | ) |
| **v.** | ) |
| **UNITED STATES**, | ) |
| *Defendant.* | ) |

**ORDER**

On January 22 through February 1, 2024, the Court conducted trial in these consolidated cases. For the reasons stated on the record on February 1, 2024:

(1) On or before **February 15, 2024**, the parties shall **FILE** a joint status report advising the Court whether the parties can stipulate to the rate of interest due assuming the Court denies defendant's motion for reconsideration (ECF 172) and enters partial judgment in favor of the plaintiffs pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims.[1]

---

[1] As noted by the Court on the record, any stipulation by defendant as to the rate of interest due does not constitute an independent waiver or concession of liability.

(2) On or before **February 15, 2024**, the parties shall jointly **DELIVER** to Chambers two (2) complete sets of the exhibits admitted into evidence at trial as well as the demonstratives presented during trial in tabbed binders. The parties must simultaneously deliver two (2) thumb drives bearing all of the trial exhibits admitted and demonstratives presented, one of which will be remitted to the Court Reporter.

It is so **ORDERED**.

s/ Armando O. Bonilla  
Armando O. Bonilla  
Judge